TROUTMAN PEPPER
HAMILTON SANDERS LLP
Kalama M. Lui-Kwan (Bar No. 242121)
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
Facsimile: (415) 477.5710
kalama.lui-kwan@troutman.com

TROUTMAN PEPPER
HAMILTON SANDERS LLP
Michael Yaghi (Bar No. 202720)
Susan N. Nikdel (Bar No. 317921)
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 622-2437
Facsimile: (949) 622-2739
michael.yaghi@troutman.com
susan.nikdel@troutman.com

Attorneys for Defendant
American First Finance, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHEDA HALL,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN FIRST FINANCE, LLC,<br><br>        Defendant. | Case No. 3:23-cv-05633-CRB<br><br>**JOINT STATUS REPORT AND STIPULATION TO CONTINUE STAY WITH [~~PROPOSED~~] ORDER** |

Pursuant to Civil L.R. 7-12, Plaintiff Rasheda Hall ("Plaintiff") and Defendant American First Finance, LLC ("Defendant") (collectively, Plaintiff and Defendant are the "Parties"), by counsel, submit this joint status report pursuant to the Court's December 14, 2023 Order (ECF No. 24) and respectfully request the Court continue the stay of all proceedings in this case pending the Parties' efforts to resolve this matter through settlement as follows:

WHEREAS, the Parties attended a mediation session with the Honorable Edward A. Infante (Ret.) on November 13, 2023; and

WHEREAS, the Parties have agreed on several key terms and have a continued mediation session with Judge Infante scheduled for February 15, 2024; and

WHEREAS, the Parties are continuing their settlement efforts, which constitute good cause for a stay of this proceeding; and

WHEREAS, no party will be harmed by the issuance of a stay; and

WHEREAS, the Court has not issued a scheduling order that would be impacted by the proposed stay;

NOW, THEREFORE, THE PARTIES STIPULATE as follows:

The proceedings in this matter shall be stayed until April 15, 2024.

The Parties shall file a joint status report no later than April 15, 2024.

Dated: February 12, 2024

**TROUTMAN PEPPER
HAMILTON SANDERS LLP**

By: */s/ Kalama M. Lui-Kwan*
Kalama M. Lui-Kwan
Michael Yaghi
Susan N. Nikdel

Attorneys for Defendant
American First Finance, LLC

Dated: February 12, 2024      **GREEN & NOBLIN, P.C.**

By: */s/Robert S. Green*
Robert S. Green (SBN 136183)
Emrah M. Sumer (SBN 329181)
1 Blackfield Drive, Suite 360
Tiburon, California 94920
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

### SIGNATURE AUTHORIZATION

Pursuant to Local Rule 5-1(i), I hereby certify that the contents of this document are acceptable to the counsel signing above and that I have obtained counsel's authorization to affix his/her electronic signature to this document.

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Kalama M. Lui-Kwan*
Kalama M. Lui-Kwan
*Attorney for American First Finance, LLC*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

Proceedings in this matter are stayed until April 15, 2024.

IT IS FURTHER ORDERED that the Parties shall file a joint status report no later than April 15, 2024.

DATED: February 12, 2024

_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT COURT JUDGE